529 F.2d 1297
 AMCHEM PRODUCTS, INC., Plaintiff-Appellant,
v.
GAF CORPORATION et al., Defendants-Appellees.
 No. 75--2435.
 United States Court of Appeals,
Fifth Circuit.
 April 12, 1976.
 
 Appeal from the United States District Court for the Northern District of Georgia; Newell Edenfield, Chief Judge.
 
 
 1
 Kirk M. McAlpin, Atlanta, Ga., John D. Conner, William J. Wellman, Kenneth W. Weinstein, Washington, D.C., for plaintiff-appellant.
 
 
 2
 John W. Stokes, U.S. Atty., William D. Mallard, Jr., Asst. U.S. Atty., Atlanta, Ga., for Russell E. Train.
 
 
 3
 J. D. Fleming, Jr., John A. Chandler, Atlanta, Ga., for GAF Corp.
 
 
 4
 Before WISDOM, GODBOLD and LIVELY,* Circuit Judges.
 
 PER CURIAM:
 
 5
 The judgment of the district court, 391 F.Supp. 124, is vacated and remanded for reconsideration in light of the 1975 amendment to the Federal Insecticide, Fungicide, and Rodenticide Act, Pub.L.No.94--140, 89 Stat. 751, 755.
 
 
 
 *
 Of the Sixth Circuit, sitting by designation